IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-75-RLV-DCK

| | |
|---|---|
| SCOTT S. WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KERR'S HICKORY READY MIXED ) | |
| CONCRETE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion for Stipulation and Protective Order" (Document No. 6) filed January 16, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting that the Plaintiff does not oppose the relief requested in the motion, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE, ORDERED** that the Defendant's "Motion for Stipulation and Protective Order" (Document No. 6) is **GRANTED.**

Signed: January 17, 2013

David C. Keesler
United States Magistrate Judge