IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-075-RLV-DCK

| | |
|---|---|
| SCOTT S. WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KERR'S HICKORY READY MIXED ) | |
| CONCRETE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Samuel E. Aycock, filed a "Certification Of ADR Session" (Document No. 15) notifying the Court that the parties reached a settlement on May 21, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 21, 2013**.

Signed: May 22, 2013

David C. Keesler
United States Magistrate Judge